UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22058-CIV-MIDDLEBROOKS/JOHNSON
CASE NO. 97-1036-CIV-MIDDLEBROOKS/JOHNSON
CASE NO. 89-170-CR-MIDDLEBROOKS/JOHNSON

JOHN OTIS BURNSIDE,

     Petitioner,

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/



### ORDER

THIS CAUSE comes before the Court on Petitioner's Motion for Reimbursement (DE 25), filed on March 21, 2008. I have reviewed the Motion and the file in this case.

In this Motion, Petitioner contends that he was erroneously charged a $105.00 appeal filing fee in his 97-1036 case and requests that he be refunded for it. As evidence that he was erroneously charged, Petitioner attaches a September 25, 2006 Order from this Court granting Petitioner's Motions to Proceed *In Forma Pauperis* with his appeal of the Court's 2005 decision to deny relief from a judgment entered in 1997 (DE 17). Petitioner then attaches his notice of appeal of the 1997 judgment, dated December 22, 1997, indicating that a filing fee of $105.00 was and that Petitioner was represented by an attorney, Linda S. Sheffield. The September 25, 2006, Order was granting Petitioner IFP status for the appeal of the denial of relief from judgment; it was not retroactively granting Petitioner IFP status.

Accordingly, it is hereby

ORDERED AND ADJUDGED that Petitioner's Motion for Reimbursement (DE 25) is DENIED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of April, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record